No. 80–2162. RAMAH NAVAJO SCHOOL BOARD, INC., ET
AL. *v.* BUREAU OF REVENUE OF NEW MEXICO. Ct. App.
N. M. [Probable jurisdiction noted, 454 U. S. 1079.] Mo-
tions of Navajo Tribe of Indians, Association on American In-
dian Affairs, Inc., and Pueblo of Santa Ana for leave to file
briefs as *amici curiae* granted. Motion of the Solicitor Gen-
eral for leave to participate in oral argument as *amicus cu-
riae* and for divided argument granted.

No. 81–9. WASHINGTON ET AL. *v.* SEATTLE SCHOOL DIS-
TRICT NO. 1 ET AL. C. A. 9th Cir. [Probable jurisdiction
noted, 454 U. S. 890.] Motion of NAACP Legal Defense
and Educational Fund, Inc., for leave to file a brief as *amicus
curiae* granted.

No. 81–55. NEW YORK *v.* FERBER. Ct. App. N. Y.
[Certiorari granted, 454 U. S. 1052.] Motion of Covenant
House for leave to participate in oral argument as *amicus cu-
riae* and for additional time for oral argument denied.

No. 81–150. NORTHERN PIPELINE CONSTRUCTION CO. *v.*
MARATHON PIPE LINE CO. ET AL.; and

No. 81–546. UNITED STATES *v.* MARATHON PIPE LINE
CO. ET AL. D. C. Minn. [Probable jurisdiction noted, 454
U. S. 1029.] Motion of the Solicitor General for divided ar-
gument granted. Request for additional time for oral argu-
ment denied.

No. 81–202. NATIONAL ASSOCIATION FOR THE ADVANCE-
MENT OF COLORED PEOPLE ET AL. *v.* CLAIBORNE HARD-
WARE CO. ET AL. Sup. Ct. Miss. [Certiorari granted, 454
U. S. 1030.] Motion of petitioners to reconsider order deny-
ing motion for divided argument denied. JUSTICE MAR-
SHALL took no part in the consideration or decision of this
motion.